UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>                *Plaintiff*,<br>v.<br><br>THE TRUSTEES OF BOSTON COLLEGE,<br><br>               *Defendant*. | **CIVIL ACTION NO. 23-12737-ADB** |

**PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

Plaintiff, pseudonymously referred to herein as "John Doe," respectfully moves the Court to grant his Motion to Proceed Under Pseudonym (the "Motion"). In light of the sensitive nature of Plaintiff's allegations, the fact that they have been treated as confidential by the Parties, and the legal requirement for Title IX complaints and student disciplinary records to be kept confidential, Plaintiff requests the Court grant his request to proceed under a pseudonym. In support of his Motion, Plaintiff relies on the memorandum of law filed in conjunction with this Motion.

                                                                Respectfully submitted

                                                                JOHN DOE,

                                                                By his Attorney

                                                                /s/ *Tristan P. Colangelo*
                                                                Tristan P. Colangelo (BBO# 682202)
                                                               Kerstein, Coren & Lichtenstein, LLP
                                                               60 Walnut Street, 4th Floor
                                                               Wellesley, MA 02481
                                                               781-997-1600
                                                               tcolangelo@kcl-law.com

1

Dated: November 22, 2023

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on November 22, 2023, I conferred with Defendant's counsel via phone and email to try and narrow the issues raised by Plaintiffs in this Motion to Proceed Under Pseudonym, but was unable to do so.

/s/ Tristan P. Colangelo
Tristan P. Colangelo

## CERTIFICATE OF SERVICE

I, Tristan P. Colangelo, hereby certify that a true copy of the above document was served electronically upon the all attorneys of record for each other party on November 22, 2023, as a registered ECF participant.

/s/ Tristan P. Colangelo
Tristan P. Colangelo