**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| JOHN DOE, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 23-12737-ADB** |
| | ) | |
| THE TRUSTEES OF BOSTON COLLEGE, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**DEFENDANT BOSTON COLLEGE'S MOTION**
**TO STRIKE ALLEGATIONS IN PLAINTIFF'S COMPLAINT**

Defendant Trustees of Boston College ("BC") moves pursuant to Fed. R. Civ. P. 12(f) to strike from Plaintiff John Doe's Complaint paragraphs 1 and 8-90 because they are immaterial, impertinent, and/or scandalous. In support of this Motion, BC relies on its Memorandum of Law in Support of Motion to Strike Immaterial Allegations in Plaintiff's Complaint.

WHEREFORE, BC respectfully requests that this Court strike any immaterial, impertinent, and scandalous allegations from the Complaint.

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE

By their attorney,

/s/ Alan D. Rose
Alan D. Rose (BBO # 427280)
Laura B. Kirshenbaum (BBO # 684886)
Alexandra M. Klindienst (BBO # 708383)
Rose Law Partners LLP
One Beacon Street, 23rd Floor
Boston, MA 02108
Phone: 617-536-0040
Fax: 617-536-4400
adr@rose-law.net
lbk@rose-law.net
amk@rose-law.net

Date:    November 30, 2023

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Alan D. Rose, hereby certify that on November 30, 2023, I conferred via email with counsel for the Plaintiff regarding the Defendant's Motion to Strike Allegations In Plaintiff's Complaint and attempted in good faith to resolve or narrow the issues raised in the motion. The parties were not able to resolve or narrow the issues raised in Motion to Dismiss.

*/s/ Alan D. Rose*
Alan D. Rose

## CERTIFICATE OF SERVICE

I, Alan D. Rose, hereby certify that, on this 30th day of November, 2023, the within document was served upon all counsel of record through this Court's electronic filing system (CM/ECF) as identified on the Notice of Electronic Filing.

*/s/ Alan D. Rose*
Alan D. Rose