UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>      *Plaintiff*,<br><br>v.<br><br>TRUSTEES OF BOSTON COLLEGE,<br><br>      *Defendant*. | Civil Action No. 23-12737-ADB |

### DEFENDANT TRUSTEES OF BOSTON COLLEGE'S
### <u>MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Trustees of Boston College ("Boston College") respectfully submits this Motion for Summary Judgment. Boston College is entitled to summary judgment as to Plaintiff John Doe's ("Plaintiff' of Doe") claims for breach of contract and breach of the implied covenant of good faith and fair dealing because Plaintiff has not established the essential elements of his claims. Specifically, the undisputed material facts demonstrate that: 1) Boston College did not breach the May 19 Agreement or violate the implied covenant of good faith and fair dealing; 2) Doe's rejection from medical schools, in particular Temple University School of Medicine, was not caused by the content of a letter that Boston College wrote in 2020 that accompanied his applications; and 3) Doe's alleged damages are hypothetical, speculative, and he has failed to establish any alleged damages to a reasonable degree of certainty.

In support of this motion, Boston College relies upon the accompanying Memorandum of Law, Concise Statement of Material Facts, the Affidavit of Danielle Taghian, the Affidavit of Alan Rose, and Defendant Trustees of Boston College's Motion To Strike the Expert Report of

Plaintiff's Expert Witness Jeroen Walstra and to Preclude His Expert Testimony, or in the Alternative for a *Daubert* Hearing on the Admissibility of Mr. Walstra's Reports Testimony, and supporting Memorandum, filed herewith.

WHEREFORE, Boston College respectfully requests that the Court allow its motion and enter judgment in its favor on all counts of Mr. Doe's Complaint.

### REQUEST FOR ORAL ARGUMENT

Boston College respectfully requests a hearing on its Motion for Summary Judgment.

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE

By its attorneys,

 */s/ Alan D. Rose*
Alan D. Rose (BBO # 427280)
Meredith Wilson Doty (BBO # 652220)
Daniel M. Lee (BBO # 703616)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
Tel: (617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
mwd@rose-law.net
dml@rose-law.net

Date: September 9, 2025

## **LOCAL RULE 7.1 CERTIFICATION**

The parties have conferred regarding this motion pursuant to the Local Rule 7.1(a)(2). Doe opposes this motion.

/s/ *Alan D. Rose*
Alan D. Rose

## **CERTIFICATE OF SERVICE**

I, Alan D. Rose hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on September 9, 2025.

/s/ *Alan D. Rose*
Alan D. Rose